UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

RECEIVED
U.S. BANKRUPTCY COURT
EAST & WEST DISTS OF AR

DEC 15 2017

JEAN ROLFS, CLERK by ___

In Re: THERESA MARSHALL

VS.                                  CASE NO: 4:16-bk-15651 T

WELLS FARGO HOME MORTGAGE, A DIVISION OF
WELLS FARGO BANK N.A., MOVANT
DEUTSCHE BANK NATIONAL TRUST COMPANY
AS TRUSTEE FOR VENDEE MORTGAGE TRUST - 1993-1

FILED
U.S. BANKRUPTCY COURT
EAST & WEST DISTS OF AR

DEC 15 2017

JEAN ROLFS, CLERK by ___

VS.
EDUCATIONAL CREDIT MANAGEMENT CORPORATION

SAMUEL S. HIGH, ATTORNEY
WILSON & ASSOCIATES, PLLC
KIMBERLY WOOD, TUCKER, ATTORNEY
WRIGHT, LINDSEY & JENNINGS

## EMERGENCY MOTION FOR COURTS RECONSIDERATION
## PURSUIT CR 54(b)

December 15, 2017

Dear Judge Taylor:

Reconsideration Motion of Order from December 6, 2017 dismissing Debtors – Chapter 13 case was filed by Debtor, December 15, 2017 for Courts reconsideration.

Debtor has been maliciously prosecuted since 2002 from ECMC and Wells Fargo Home Mortgage by Kimberly Wood Tucker, Attorney - Wright, Lindsey and Jennings and Samuel S. High, Attorney Wilson & Associates.

Debtor deserves due process and final Order of determination of case already plead against ECMC.

Debtor deserves due process in Fraud on Court filing against Wells Fargo Home Mortgage that occurred in Bankruptcy court.

I pray that Court would look at the facts of both cases and render final determination.

                                        Respectfully submitted,

                                        /s/Theresa Marshall, Debtor
                                        1408 Hendrix Ave.
                                        Little Rock, AR 72204
                                        501-666-3923

OTC