UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

FILED
U.S. BANKRUPTCY COURT
EAST & WEST DISTS OF AR
JAN 30 2018
JEAN ROLFS, CLERK by _____

In Re: THERESA MARSHALL

VS.                                      CASE NO: 4:16-bk-15651 T

WELLS FARGO HOME MORTGAGE, A DIVISION OF
WELLS FARGO BANK N.A.

DEUTSCHE BANK NATIONAL TRUST COMPANY
AS TRUSTEE FOR VENDEE MORTGAGE TRUST- 1993-1, MOVANT

VS.
EDUCATIONAL CREDIT MANAGEMENT CORPORATION

SAMUEL S. HIGH, ATTORNEY
WILSON & ASSOCIATES, PLLC

KIMBERLY WOOD, TUCKER, ATTORNEY
WRIGHT, LINDSEY & JENNINGS

## MOTION TO EXTEND THE AUTOMATIC STAY

**COMES NOW,** Theresa Marshall, (Marshall) for her Motion to Extend the Automatic Stay and states:

1) Motion for Reconsideration of Order dismissing above mentioned case for Violation of Strict Compliance Order of December 6, 2017 is set for Hearing on February 28, 2018.

2) Debtor filed motion for reconsideration on December 15, 2017 (within 10-14 days) after the dismissal and before Order was finalized in an effort to reinstate above mentioned case.

3) Debtors bankruptcy case is at a "critical juncture" because confirmation hearings were scheduled to occur. ( in less than two months).

4) *Debtor made "strict compliance" required payments for which case was dismissed.*

5) On January 12, 2018 – Attorney High of Wilson & Associates started procedures *(Circuit)* to begin publication in newspaper in an effort to foreclose on Debtors property on February 15, 2018 on behalf of (Deutsche Bank). *(Attached)*

6) Debtor is likely to succeed on the merits against creditors.

7) Debtor and creditors has been in years of litigation and it is time for case matters to be settled.

*WHEREFORE,* for all reasons stated above - Debtor seeks extension of the automatic stay against all creditors with claims until duration of Bankruptcy case. *11 U.S.C. § 362(a).*

Respectfully submitted,

/s/Theresa Marshall, Debtor
1408 Hendrix Ave.
Little Rock, AR 72204
501-666-3923

### CERTIFICATE OF SERVICE

I, Theresa Marshall, hereby certify this 30th day of January 2018 that copy of the foregoing **MOTION TO EXTEND THE AUTOMATIC STAY** filing will be e-mailed to the following:

Mark T. McCarty, Trustee
P.O. Box 5006
North Little Rock, AR 72119

Kimberly Wood, Tucker, Attorney
200 West Capitol Avenue, Suite 300
Little Rock, AR 72201

U.S. Trustee
200 West Capitol – Suite 1200
Little Rock, AR 72201
*USTPRegion13.LR.ECF@usdoj.gov*

Samuel High, Attorney
Wilson & Associates
400 West Capitol Avenue, Suite 1400
Little Rock, AR 72201

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2018-Jan-24 13:34:43
60CV-12-3808
C06D05 : 1 Page

**Rhonda S. Wharton**

| | |
|---|---|
| **From:** | Rhonda S. Wharton |
| **Sent:** | Wednesday, January 24, 2018 1:28 PM |
| **To:** | Legal Ads; Gwen Finley |
| **Cc:** | Sherry K. Means; Camille R. Drackette; Rhonda S. Wharton |
| **Subject:** | 60CV-12-3808 DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR VENDEE MORTGAGE TRUST 1993-1 V THERESA MARSHALL |
| **Attachments:** | 60CV-12-3808 COMMISSIONER'S SALE NOTICE.doc |
| **Importance:** | High |

Attached please find a commissioner's sale notice for publication **two** times in the Arkansas Democrat Gazette with first publication on January 28, 2018 and second publication on February 4, 2018. Please forward proof of publication and statement of costs to Ms. Gwen Finley, Executive Assistant to Aaron L. Squyers, Legal Assistant to Samuel S. High, Wilson & Associates, PLLC, 400 W. Capitol Ave., Suite 1400, Little Rock, AR 72201, main phone 501-219-9388, Direct line 501-734-2232, fax 501-734-4592. If there are any problems with the publication or you are not able to publish as requested please let me or Ms. Finley know so we may resolve them and proceed with the sale as scheduled. Thank you for your assistance.

*Rhonda Wharton*
*Operations Manager*
*Pulaski Circuit/County Clerk*
*401 W. Markham Ave, Suite 120*
*Little Rock, AR 72201*
*Phone: 501-340-3414*

**Confidentiality Notice:** The information contained in this email message and any attachment(s) is the property of Pulaski County and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entitity to whom this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is **STRICTLY PROHIBITED.** The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

**Pulaski County follows all federal, state, and local nondiscrimination laws. Please contact us if you need this information in another language, large print, or braille.**
El Condado de Pulaski se acata a las leyes federales, estatales y locales contra la discriminación. Si usted necesita ésta información en otro idioma, con letra grande o en braille, por favor comuníquese con nosotros.

1

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2018-Jan-24 13:34:43
60CV-12-3808
C06D05 : 2 Pages

## COMMISSIONER'S SALE NOTICE

NOTICE IS HEREBY GIVEN that pursuant to the authority and directions contained in the decretal order of the Circuit Court of Pulaski County, Arkansas, made and entered on September 10, 2015, in a certain cause (No. 60CV-12-3808) then pending between Deutsche Bank National Trust Company, as Trustee for Vendee Mortgage Trust 1993-1, Plaintiff, and Theresa Marshall; Tenants of, *et al.,* Defendants, the undersigned, as Commissioner of said Court, will offer for sale at public venue to the highest bidder, at the Pulaski County Courthouse in which said Court is held, located in Little Rock, Arkansas, within the hours prescribed by law for judicial sales, on February 15, 2018 at 12:00 p.m., the following-described real estate, situated in Pulaski County, Arkansas:

Lot 10, Block B, Oak Forest Gardens Annex, to the City of Little Rock, Pulaski County, Arkansas.

Also known as 1408 Hendrix Avenue, Little Rock, AR 72204

TERMS OF SALE: On a credit of three months, provided the purchaser shall execute a commercial corporate surety bond as required by law and the order and decree of said Court in said cause, with approved security, bearing interest at the maximum legal rate per annum from date of sale until paid, and a lien being retained on the premises sold to secure the payment of the purchase money. The property will be sold subject to any and all property taxes due and payable.

GIVEN under my hand this 24th day of January, 2018.

/s/Sherry Means
Commissioner in Circuit

Prepared by:

3216



WILSON & ASSOCIATES, P.L.L.C.
400 W. Capitol Avenue, Suite 1400
Little Rock, Arkansas 72201
(501) 219-9388

By: /s/Samuel S. High
Sammy High (2001125)
Attorneys for Plaintiff

**FOR PUBLICATION PURPOSES ONLY in the *Arkansas Democrat-Gazette*:**

FIRST PUBLICATION DATE: January 28, 2018
SECOND PUBLICATION DATE: February 4, 2018 (no less than 10 days before sale)

929-3216

2